(No. 6628. April 6, 1939.)

HARRY EVANS, as Administrator of the Estate of Doris Evans, Deceased, Appellant, v. UNION PACIFIC RAILROAD COMPANY, a Corporation, and H. W. JOSHTON (JOHNSTON), Respondents.

[89 Pac. (2d) 552.]

Maurice H. Green and Karl Paine, for Appellant.

Geo. H. Smith, H. B. Thompson and L. H. Anderson, for Respondents.

GIVENS, J.—This is a companion case to *Whiffin v. Union Pacific Railroad Company et al.*, 60 Ida. 141, 89 Pac. (2d) 540, the only difference being that herein Mrs. Evans was a guest in the automobile. No separate briefs were filed or assignments of error furnished, and, counsel being willing to let this case rest entirely upon the disposition of *Whiffin v. Union Pacific Railroad Company et al.*, we are likewise, indicating nothing in regard to any points that might have been raised for or against appellant herein as a guest.

Upon the authority of *Whiffin v. Union Pacific Railroad Company et al., ante,* p. 141, 89 Pac. (2d) 540, the judgment is affirmed.

Costs awarded to respondents.

Ailshie, C. J., and Budge, J., concur.

MORGAN, J., Dissenting.—For the reasons stated in my dissenting opinion in *Whiffin v. Union Pacific Railroad Company et al., ante,* p. 141, 89 Pac. (2d) 540, I dissent from the decision in this case.

Justice Holden concurs in this dissent.